**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
jsc@cogburnlaw.com
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
bthomas@cogburnlaw.com
9555 S. Eastern Ave, Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 669-4650
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA WARNER, and individual,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICE, INC., a foreign corporation, and ROE corporations I through X,<br><br>                Defendant(s). | Case No: 2:11-cv-00322<br><br>AMENDED ORDER ON<br>**STIPULATION AND ORDER EXTENDING ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

## **STIPULATION**

Defendant Allied Collection Service, Inc. ("Defendant"), and Plaintiff Alexandra Warner ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED by and between the above-named parties, through their respective counsel of record and this honorable court, that the Oral Argument on Motion for Summary Judgment, currently set for hearing on March 9, 2012 at 10:00 a.m., be continued to

////

////

////

////

1  date and time convenient to this court not sooner than March 30, 2012 as parties are pursuing
2  settlement in this matter.

4  Dated this 2nd day of March, 2012.          Dated this 2nd day of March, 2012.
5  COGBURN LAW OFFICE                                     LAW OFFICES OF ALLICIA TOMOLO

7  By: /s/ Jamie S. Cogburn, Esq._____               By:  /s/Allicia B. Tomolo, Esq.  _____
       Jamie S. Cogburn, Esq.                                 Allicia B. Tomolo, Esq.
8      Nevada State Bar No.: 8409                             Nevada State Bar No.: 11462
       Byron E. Thomas, Esq.                                  3080 S. Durango Drive, Suite 207
9      Nevada Bar no. 8906                                    Las Vegas, Nevada 89117
       Cogburn Law Office                                     *Attorneys Allied Collection Services, Inc.*
10     9555 S. Eastern Avenue, Suite 280
       Las Vegas, Nevada 89123
11     *Attorneys for Plaintiff*

Oral argument re: [14] Motion for Summary Judgment currently scheduled for Friday, 3/9/2012 is hereby VACATED, and is reset for hearing on Thursday, 4/19/2012 @ 10:00AM in Las Vegas, the Courtroom will be noticed at the public elevators.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated March 8, 2012

**COGBURN LAW OFFICES**
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX: (702) 943-1936